# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**KYSETTA WARNER-ARMSTRONG**                 **PLAINTIFF**

**vs.**                 **CIVIL ACTION NO. 5:17-cv-00056-DCB-MTP**

**HOME DEPOT U.S.A., INC.**                 **DEFENDANT**

## ORDER GRANTING
## MOTION FOR TIME TO ANSWER

THIS MATTER, having come before the Court upon a Motion fo Time to Answer filed herein by the Plaintiff herein, Kyseta Warner-Armstrong, the Defendant, HOME DEPOT U.S.A., INC. by and through counsel of record having no objection thereto and this Court, having considered same finds the same to be well taken.

IT IS THEREFORE ORDERED that the Plaintiff shall have fourteen (14) days from the date of this Order to Answer and otherwise respond to the Motion for Summary Judgement filed herein by the Defendant, HOME DEPOT U.S.A., INC.

SO ORDERED this the 23rd day of February, 2018.

                                            s/David Bramlette
                                            United States District Judge